45IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

HAPPY MYSTIK RAINBOW
STOMPINGBEAR (a/k/a Chris Ward)                                                PLAINTIFF

V.                                    CIVIL NO. 6:18-cv-6105-RTD

WENDY KELLEY, *et al.*                                                          DEFENDANTS

# ORDER

The Court has received a Report and Recommendation (ECF No. 45) from United States Magistrate Judge Barry A. Bryant. Plaintiff originally filed suit for damages and injunctive relief against defendants claiming his First Amendment rights were violated. By Order entered May 7, 2019 (ECF No. 38), the complaint was dismissed for lack of subject matter jurisdiction, because Plaintiff has another case involving the same facts being litigated in the Eastern District of Arkansas (*Stompingbear v. Kelley*, Case No. 4:18-cv-00827-KGB-BD). Plaintiff appealed (ECF No. 42) the order of dismissal and filed a Motion for Leave to Appeal *in forma pauperis* (ECF No. 43). Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the motion was referred to the Magistrate for the purpose of making a Report and Recommendation.

Upon review, the Magistrate recommended that Plaintiff's Motion for Leave to Appeal *in forma pauperis* (ECF No. 43) be denied. Defendant filed timely objections (ECF No. 46), and the matter is ripe for consideration.

The Court has conducted a de novo review of those portions of the Report and Recommendation to which Plaintiff has objected. 28 U.S.C. 636(b)(1). Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings. The Report and Recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

1

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to Appeal in forma pauperis (ECF No. 43) should be and hereby is DENIED.

SO ORDERED this 10th day of September 2019.

*/s/Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE